AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Hilario Reyes

APPEARANCE

CASE NUMBER: 1:05M125A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Hilario Reyes

I certify that I am admitted to practice in this court.

10/28/05
Date

[signature]
Signature

John M. Cicilline 3350
Print Name Bar Number

387 Atwells Ave
Address

Prov RI 02909
City State Zip Code

273-5600 454-5600
Phone Number Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher