AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Hilario Reyes

APPEARANCE

CASE NUMBER: 1:05M125A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Hilario Reyes    Initial appearance

I certify that I am admitted to practice in this court.

10/28/05
*Date*

[signature]
*Signature*

Victor J Baccetti    4648
*Print Name*    *Bar Number*

381 [illegible] [illegible]
*Address*

[illegible]    [illegible]    0840[illegible]
*City*    *State*    *Zip Code*

273-5600    454-5600
*Phone Number*    *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.