1084195

RECEIVED
OCT 2 0 2005
US MARSHALS SERVICE
DISTRICT OF RI.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

HILARIO REYES a/k/a Carlos Diaz Sosa

## WARRANT FOR ARREST

CASE NUMBER: 1:05M125A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HILARIO REYES a/k/a Carlos Diaz Sosa
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY BY A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

| | |
|---|---|
| Lincoln D. Almond | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | Providence RI 10/20/05 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Central Falls, RI by ICE | | |
| DATE RECEIVED 10/20/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 10/28/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.